# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**    **DISTRICT OF COLUMBIA**

Case No.: 1:07-CV-00587

International Painters and Allied Trades Industry
Pension Fund

vs

H2O Industrial Services, Inc. a/k/a H2O Industrial
Services, LLC a/k/a H2O Industrial Services LLC a/k/a
H2O Industrial Services

SERVICE OF PROCESS ON:    **H2O Industrial Services, Inc. a/k/a H2O Industrial
Services, LLC a/k/a H2O Industrial Services LLC a/k/a
H2O Industrial Services**

Allen R. Wolak, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:    **April 18, 2007 @ 2:14 PM**
Place of Service:    **284 W. 1050 North Chesterton, IN 46304**
Documents Served:    **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

_X_ **By hand delivering to an officer, director, or manager of defendant's business.
Name and Title of person served: Al Schilling, Project Manager**

Description of Person Receiving Documents: White, Male, approx. 50 years age, 5'7, 160 lbs

Undersigned declares under penalty of perjury that the foregoing is true and correct

_Allen R. Wolak_    _4-18-07_
Signature of Server    Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106        215-922-6700

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

H2O INDUSTRIAL SERVICES, INC.
 a/k/a H2O Industrial Services, LLC
 a/k/a H2O Industrial Services LLC
 a/k/a H2O Industrial Services

Case: 1:07-cv-00587
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/26/2007
Description: INT'L PAINTERS v. H20 INDUSTRIAL

TO: (Name and address of Defendant)

H2O INDUSTRIAL SERVICES, INC.
 a/k/a H2O Industrial Services, LLC
 a/k/a H2O Industrial Services LLC
 a/k/a H2O Industrial Services
284 West 1050 North
Chesterton, IN  46304

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    MAR 2 6 2007
CLERK                                                       DATE

/s/ Cantus Stewart-Cureton
(By) DEPUTY CLERK