IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 1:07-cv-00587 CKK |
| H2O INDUSTRIAL SERVICES, INC. a/k/a H2O Industrial Services, LLC a/k/a H2O Industrial Services LLC a/k/a H2O Industrial Services | ) ) ) ) ) ) | |
| Defendant | ) | |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, H2O Industrial Services, Inc. a/k/a H2O Industrial Services, LLC a/k/a H2O Industrial Services LLC a/k/a H2O Industrial Services ("Company") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                                          Respectfully submitted,

                                          JENNINGS SIGMOND, P.C.

                              BY:/s/     Sanford G. Rosenthal
                                 SANFORD G. ROSENTHAL, ESQUIRE
                                 (I.D. NO. 478737)
                                 The Penn Mutual Towers, 16th Floor
                                 510 Walnut Street, Independence Square
                                 Philadelphia, PA 19106-3683
                                 (215) 351-0615/0611
Date: May 9, 2007                 Attorney for Plaintiff

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

182893-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 1:07-cv-00587 CKK |
| H2O INDUSTRIAL SERVICES, INC. a/k/a H2O Industrial Services, LLC a/k/a H2O Industrial Services LLC a/k/a H2O Industrial Services | ) ) ) ) ) | |
| Defendant | ) | |

## DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE FOR ENTRY OF DEFAULT

Sanford G. Rosental, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, H2O Industrial Services, Inc. a/k/a H2O Industrial Services, LLC a/k/a H2O Industrial Services LLC a/k/a H2O Industrial Services ("Company") by Allen R. Wolak, Process Server, who served Al Schilling, Project Manager of Company at 284 W. 1050 North Chesterton, IN 46304, on April 18, 2007. The Return of Service has been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

182893-1

6. Inasmuch as Defendant is a corporation, it is not in the military service.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/    Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: May 9, 2007

182893-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> H2O IDUSTRIAL SERVICES, INC.
> a/k/a H2O Industrial Services, LLC
> a/k/a H2O Industrial Services LLC
> a/k/a H2O Industrial Services
> 284 West 1050 North
> Chesterton, IN 46304

> s/     Sanford G. Rosenthal
> SANFORD G. ROSENTHAL, ESQUIRE

Date: May 9, 2006

182893-1