Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTTY PENSION FUND

Plaintiff(s)

Civil Action No.  07-587 CKK

V.

H2O INDUSTRIAL SERVICES

Defendant(s)

RE:  H2O INDUSTRIAL SERVICES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint    on        April 18, 2007        , and an affidavit on behalf of the plaintiff having been filed, it is this 10th day of ___May___ , 2007 declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____N. Wilkens_____
Deputy Clerk